**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00194-CV

———————————

**KEELEY MEGARITY, Appellant**

**v.**

**CITY NATIONAL BANK, Appellee**

---

**On Appeal from the 164th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-00499**

---

## MEMORANDUM OPINION

Appellant, Keeley Megarity, has filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.